IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

**LINDSAY O'BRIEN QUARRIE,**

    **Plaintiff,**

    v.　　　　　　　　　　　　　　　　　　Civ. No. 23-546 MV/JFR

**BOARD OF REGENTS FOR NEW MEXICO**
**INSTITUTE OF MINING & TECHNOLOGY et al.,**

    **Defendants.**

## FINAL JUDGMENT

    Pursuant to Rule 58(a) of the Federal Rules of Civil Procedure, and consistent with the Court's Memorandum Opinion and Order dismissing Plaintiff's case,

    **IT IS ORDERED** that this case is **DISMISSED with prejudice.**

_____
**MARTHA VÁZQUEZ**
**SENIOR UNITED STATES DISTRICT JUDGE**