**IN THE UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW MEXICO**

LINDSAY O'BRIEN QUARRIE
Plaintiff,                No.                    1:23-CV-00546-MV-JFR
v.
The BOARD of REGENTS of the
NEW MEXICO INSTITUTE of
MINING and TECHNOLOGY in their
official capacities, STEPHEN WELLS
in his individual and official capacities,
DANIEL LOPEZ in his individual and
official capacities, ALY EL-OSERY in
his individual and official capacities,
and ALISA WIGLEY-DELARA in
her individual and official capacities,

**NOTICE OF APPEAL**

NOTICE IS GIVEN that Lindsay O'Brien Quarrie, Plaintiff/appellant, appeals to the 10th Circuit Court of Appeals the order of this court rendered on 3/29/2024 (Doc. 76).

The nature of the order appears to be a final order dismissing Plaintiff's claims against all defendants pertains to Count I Fraud on the Court, Count II Request for Final Judgement to be set aside owing to the Fraud, Count III Request for the Appointment of a Special Master to Investigate Defendants' Fraud on the Court, Count IV Request for Declaratory Judgment, Count V Intentional Racial Discrimination Under Title VI of the Civil Rights Act of 1964, Count VI Retaliation Under Title VI of the Civil Rights Act of 1964, Count VII Request for Permanent Prospective Injunction and Count VIII Malicious Defamation Under the 14th Amendment to the US Constitution.

Respectfully submitted,
**Lindsay O Quarrie, Pro Se**
By: */s/ Lindsay O. Quarrie*
609 Neel Street
Socorro, NM 87801
(858) 334-9997

**CERTIFICATE OF SERVICE**

I hereby certify that on April 1st, 2024 the foregoing NOTICE OF APPEAL was filed electronically through the CM/ECF system, which caused all defendants to be served by electronic means also by electronic mail via their Attorneys of record:

    The BOARD of REGENTS of the NEW MEXICO INSTITUTE

    of MINING and TECHNOLOGY in their official capacities,

    STEPHEN WELLS in his individual and official capacities,

    DANIEL LOPEZ in his individual and official capacities, ALY

    EL-OSERY in his individual and official capacities, and ALISA

    WIGLEY-DELARA in her individual and official capacities,

    Attorney(s):

    Sean Olivas so@jhkmlaw.com, dmo@jhkmlaw.com

    Chris R. Marquez cm@jhkmlaw.com, dmo@keleher-law.com

    Defendants: Alisa Wigley-Delara

    Attorney: Jeannie Hunt

    jeannie@brantandhunt.com, sheree@brantandhunt.com


    By: /s/ Lindsay O. Quarrie
    Lindsay O. Quarrie

    609 Neel Street

    Socorro, NM 87801

    (858) 334-9997